

Credit Card Services
P.O Box 7092
Bridgeport, CT 06601-7092

May 11, 2006

U S Bankruptcy Court
Clerk's Office
100 East Capitol Street
P. O. Box 2448
Jackson MS  39225-2448

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAY 1 5 2006

CHARLENE J. KENNEDY, CLERK
BY_____DEPUTY

<u>Rule 3011 List of Unclaimed Funds, Claimants, and Amounts Dated March 17, 2006</u>
<u>Requesting Unclaimed Funds $523.15</u>
In the matter of:  Robert A Stringer and Joyce T Stringer/Case No. 04-01779-JEE, Chapter 7, Claim No. 4, 7/6/04

Dear Sir:

Request is made that the above funds be paid to RBS NB, as transferee of above claim from transferor, Peoples Bank.

Funds should be sent to my attention at PO Box 7054, Bridgeport CT 06601. Please contact me at 203-551-3573 with any questions or concerns.

Sincerely,

*[signature: Michael J. Kalasardo]*

Michael J. Kalasardo
Supervisor Contact Center
Debt Recovery Department
RBS NB

Cc:  Eileen N. Shaffer, Atty for Trustee