IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN THE MATTER OF:                          CHAPTER 7

ROBERT A. STRINGER
and JOYCE T. STRINGER                   CASE NO. 04-01779-JEE

## RULE 3011 LIST
## OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS

**COMES NOW, Eileen N. Shaffer**, Trustee, by and through her attorney, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Peoples Bank | 1000 Lafayette Blvd., Bridgeport, Ct. 06604 | $523.15 ✓ |

A true and correct copy of the check issued to the above company and of the transmittal letter from LTD Financial Services are attached hereto. Upon inquiry, the trustee learned that Peoples Bank sold their credit card accounts to Bank of Scotland, located at the previous Peoples Bank address shown above, but that all account numbers had changed. Peoples Bank provided a telephone number for Bank of Scotland; however, the trustee was unable to access its customer service without a valid account number. The check issued to Peoples Bank has been voided.

**WHEREFORE, PREMISES CONSIDERED**, Eileen N. Shaffer, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: _____

Respectfully submitted,

CHAPTER 7 TRUSTEE

_____
EILEEN N. SHAFFER,
Attorney for Trustee

EILEEN N. SHAFFER
MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006

## CERTIFICATE OF SERVICE

I, Eileen S. Bailey, Attorney for the Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

    Bank of Scotland, f/k/a Peoples Bank
    1000 Lafayette Blvd.
    Bridgeport, CT 066040

    United States Trustee
    100 West Capitol Street
    Suite 706
    Jackson, MS  39269-1602

SO CERTIFIED this the _____ day of _____, 2006.

_____
EILEEN N. SHAFFER

2





**LTD Financial Services, L.P.**
7322 Southwest Freeway
Suite 1600
Houston, Texas 77074
Phone: (713) 414-2100
Fax: (713) 414-2120

DATE: 12/27/05

TO: Eileen N. Shaffer
ADDRESS: 401 E. Capital, Ste. 316
Jackson, MS 39201

Dear Sir or Madam,

On behalf of Peoples Bank this check is being returned. Please forward all payments back to the original creditor.

Sincerely,

Monica Rao
Supervisor
Trust Accounting

Note: 3/16/06.
Peoples Bank was the original creditor.