_____

                                        **SO ORDERED,**

                                        **Judge Neil P. Olack**
                                        **United States Bankruptcy Judge**
                                        **Date Signed: December 4, 2015**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    **ROBERT A. STRINGER AND**                            **CASE NO. 04-01779-NPO**
    **JOYCE T. STRINGER,**

        **DEBTORS.**                                                               **CHAPTER 7**

### ORDER DENYING APPLICATION

This matter came before the Court on the Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. Section 347 and 28 U.S.C. Sections 2041 *et. seq.* (the "Application") (Dkt. 47) filed by Brian J. Dilks of Dilks & Knopik, LLC on behalf of People's United Bank, NA (the "Claimant") and the Notice of Deficiency (the "Deficiency Notice") (Dkt. 50) issued by the Clerk of the Bankruptcy Court in the above-referenced bankruptcy case. The Deficiency Notice informed Dilks that the Application was deficient because the papers submitted in support of the Claimant's alleged entitlement to payment did not include a statement indicating Adriana Mazza's authority to sign documents on the Claimant's behalf. The Deficiency Notice provided that the failure to cure the deficiency on or before November 5, 2015, could result in the Application being "denied without further notice." Having been advised that the deficiency has not been cured as of this date, the Court finds that

the Application should be denied.

IT IS, THEREFORE, ORDERED that the Application is hereby denied.

##END OF ORDER##